UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., and;
AEGIS INSURANCE SERVICES, INC.,
LIBERTY INTERNATIONAL UNDERWRITERS, INC.,           :  Civil Action No.
NATIONAL UNION INSURANCE COMPANY
OF PITTSBURGH, NUCLEAR ELECTRIC INSURANCE
LIMITED and UNDERWRITERS AT LLOYDS                  :  **DISCLOSURE OF**
as subrogees of CONSOLIDATED EDISON COMPANY         :  **INTERESTED**
OF NEW YORK, INC.                                   :  **PARTIES PURSUANT**
                                                    :  **TO CIVIL RULE 7.1(a)**
                              Plaintiffs,

            - against-

7 WORLD TRADE COMPANY, L.P., 7 WORLD TRADE
COMPANY, L.P. d/b/a 7 WORLD TRADE CENTER
COMPANY, SILVERSTEIN DEVELOPMENT CORP.
and SILVERSTEIN PROPERTIES INC.

                              Defendants.
-----------------------------------------------------------------x

1.  Aegis Insurance Services, Inc. is a wholly owned subsidiary of Associated Electric and Gas Insurance Services Limited, which in turn is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

2.  Liberty International Underwriters, Inc. is a subsidiary of Liberty Mutual Holding Company, which in turn is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

3.  National Union Insurance Company of Pittsburgh, is a member company of American International Group, Inc., traded as "AIG."

4.  Nuclear Electric Insurance Limited is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

5.  The corporate parent of Certain Underwriters at Lloyds, Syndicate 1225, is Associated Electric and Gas Insurance Services Limited, which in turn is a mutual insurance company owned by its policyholders and is not a publicly traded entity.

6. Consolidated Edison Company of New York, Inc. is a subsidiary of Con Edison, Inc., which is publicly traded as "ED."

Dated: New York, New York
September 11, 2007

                    GENNET, KALLMANN, ANTIN & ROBINSON, P.C.
                    Attorneys for Plaintiffs
                    Consolidated Edison Company of New York, Inc., and;
                    Aegis Insurance Services, Inc.,
                    Liberty International Underwriters, Inc.,
                    National Union Insurance Company of Pittsburgh,
                    Nuclear Electric Insurance Limited, and Certain
                    Underwriters at Lloyds, Syndicate 1225, all a/s/o
                    Consolidated Edison Company of New York, Inc.
                    45 Broadway Atrium - Litman Suite
                    New York, New York 10006
                    (212) 406-1919
                    Our File No.: 02-5514:241/1-A

                    By: _____
                        MARK L. ANTIN (MA 0427)