HELLERSTEIN, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., and; AEGIS INSURANCE SERVICES, INC., LIBERTY INTERNATIONAL UNDERWRITERS, INC., NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, NUCLEAR ELECTRIC INSURANCE LIMITED and CERTAIN UNDERWRITERS AT LLOYDS (SYNDICATE 1225), all as subrogees of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Plaintiffs, - against - 7 WORLD TRADE COMPANY, L.P., 7 WORLD TRADE COMPANY, L.P. d/b/a 7 WORLD TRADE CENTER COMPANY, SILVERSTEIN DEVELOPMENT CORP. and SILVERSTEIN PROPERTIES INC., Defendants. | 07 Civ 7968 (AKH) **STIPULATION EXTENDING TIME** |

IT IS HEREBY STIPULATED AND AGREED that the time for defendants 7 World Trade Company, L.P., 7 World Trade Company, L.P. d/b/a 7 World Trade Center Center Company, Silverstein Development Corp. and Silverstein Properties Inc. to answer, move or otherwise respond to the Complaint of plaintiffs Consolidated Edison Company of New York, Inc., and; Aegis Insurance Services, Inc., Liberty International Underwriters, Inc., National Union Insurance Company of Pittsburgh, Nuclear Electric Insurance Limited and Certain Underwriters at Lloyds (Syndicate 1225), all as subrogees of Consolidated Edison Company of New York, Inc., is extended through and including January 10, 2008.

IT IS FURTHER STIPULATED AND AGREED that opposition papers to motions shall be served by February 22, 2008, and reply papers, if any, shall be served by March 14, 2008.

Dated: New York, New York
November 21, 2007

| GENNETT, KALLMAN, ANTIN & ROBINSON, P.C.<br><br>By: ___<br>Mark L. Antin<br>Michael S. Leavy<br>45 Broadway Atrium – Litman Suite<br>New York, New York 10006<br><br>GREENBAUM, ROWE, SMITH & DAVIS, LLP<br><br>By: ___<br>Franklin M. Sachs<br>Lora L. Fong<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095-0988<br><br>*Attorneys for Plaintiffs* | FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br><br>By: ___<br>Katherine Pringle<br>Kent Anker<br>Jeffrey Wang<br>1633 Broadway<br>New York, New York 10019<br><br>*Attorneys for Defendants* |
|---|---|

SO ORDERED: 11-30-07

___
U.S.D.J.