

# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
PAUL J. FISHMAN
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
ANDREW W. SCHILLING
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER

1633 BROADWAY
NEW YORK, NY 10019-6708
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1124
WRITER'S DIRECT FAX
(212) 373-7924
E-MAIL
NPRINGLE@FKLAW.COM

NORMAN ALPERT
MARC N. EPSTEIN
ANDREW A. QUARTNER
COUNSEL

HEATHER WINDT
LISA S. GETSON
GAURAV I. SHAH
ASAF REINDEL
JOHN N. ORSINI
JEFFREY R. WANG
VANESSA RICHARDS
CHAD B. PIMENTEL
MYRIAM FORD
JOSHUA D. JACOBSON
CHAD M. LEICHT
JENNIFER H. CHIN
JASON C. RUBINSTEIN
JONATHAN GOTTFRIED
BARBARA GRAVES-POLLER
MICHAEL A. GORDON
DANYA SHOCAIR REDA
ROBERT S. LANDY
RICKIE M. SONPAL
DANIEL R. GREENBERG
DAVID N. SLARSKEY
KEVIN S. HAEBERLE

January 8, 2008

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re:  *In re September 11, 2001 Litigation*, 21 MC 101 (AKH),
     *Consolidated Edison Co., et al. v. 7 World Trade*
     *Company, L.P., et al.*, 07 CV 7968 (AKH)

Dear Judge Hellerstein:

I write as counsel for defendants 7 World Trade Company, L.P., 7 World Trade Company, L.P. d/b/a 7 World Trade Center Company, Silverstein Development Corp and Silverstein Properties Inc. with regard to the second matter (07 CV 7968) captioned above, to which the defendants intend to file a motion to dismiss. The parties have agreed to amend their prior stipulated briefing schedule as follows:

1. Defendants' motion to dismiss to be filed by January 14, 2008 (previously January 10, 2008);

2. Plaintiffs' opposition brief to be filed by February 26, 2008 (previously February 22, 2008); and

561669.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

The Hon. Alvin K. Hellerstein     - 2 -     January 8, 2008

        3. Defendants' reply brief to be filed by March 18, 2008 (previously March 14, 2008).

Respectfully submitted,

*Katherine L. Pringle*

cc:     Plaintiffs' counsel

561669.1