UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CONSOLIDATED EDISON COMPANY OF NEW :
YORK, INC., and; :
AEGIS INSURANCE SERVICES, INC., LIBERTY :
INTERNATIONAL UNDERWRITERS, INC., :
NATIONAL UNION INSURANCE COMPANY OF :
PITTSBURGH, NUCLEAR ELECTRIC INSURANCE : 07 Civ. 7968 (AKH)
LIMITED and CERTAIN UNDERWRITERS AT :
LLOYDS (SYNDICATE 1225), all as subrogees of : ECF CASE
CONSOLIDATED EDISON COMPANY OF NEW :
YORK, INC., :
: **STATEMENT PURSUANT TO**
                      Plaintiffs, : **FED. R. CIV. P. 7.1**
:
            - against - :
:
7 WORLD TRADE COMPANY, L.P., 7 WORLD :
TRADE COMPANY, L.P. d/b/a 7 WORLD TRADE :
CENTER COMPANY, SILVERSTEIN :
DEVELOPMENT CORP. and SILVERSTEIN :
PROPERTIES INC., :
                      Defendants. :
------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, defendants 7 World Trade Company, L.P.; 7 World Trade Company, L.P. d/b/a 7 World Trade Center Company; Silverstein Development Corp.; and Silverstein Properties Inc. each state that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

564967.1

Dated: New York, New York
January 14, 2008

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: /s/ Eric Seiler
Eric Seiler
Katherine L. Pringle
Kent K. Anker
Jeffrey R. Wang
1633 Broadway
New York, NY 10019
(212) 833-1100

*Attorneys for Defendants 7 World Trade Company, L.P., 7 World Trade Company, L.P. d/b/a 7 World Trade Center Company, Silverstein Development Corp. and Silverstein Properties Inc.*