UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CONSOLIDATED EDISON COMPANY OF NEW :
YORK, INC., and; :
AEGIS INSURANCE SERVICES, INC., LIBERTY :
INTERNATIONAL UNDERWRITERS, INC., :
NATIONAL UNION INSURANCE COMPANY OF :
PITTSBURGH, NUCLEAR ELECTRIC INSURANCE : 07 Civ. 7968 (AKH)
LIMITED and CERTAIN UNDERWRITERS AT :
LLOYDS (SYNDICATE 1225), all as subrogees of : ECF CASE
CONSOLIDATED EDISON COMPANY OF NEW :
YORK, INC., : **NOTICE OF**
                            Plaintiffs, : **MOTION TO DISMISS**
:
               - against - :
:
7 WORLD TRADE COMPANY, L.P., 7 WORLD :
TRADE COMPANY, L.P. d/b/a 7 WORLD TRADE :
CENTER COMPANY, SILVERSTEIN :
DEVELOPMENT CORP. and SILVERSTEIN :
PROPERTIES INC., :
                          Defendants. :
------------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Jeffrey R. Wang, dated January 14, 2008 and the exhibit thereto, the accompanying memorandum of law, and all prior pleadings and proceedings in this action, defendants 7 World Trade Company, L.P., 7 World Trade Company, L.P. d/b/a 7 World Trade Center Company, Silverstein Development Corp. and Silverstein Properties Inc., by and through their undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, at the Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure

564931.1

12(b)(6) dismissing the Complaint in its entirety, on the ground that plaintiffs have failed to state a claim upon which relief may be granted.

Dated: New York, New York
January 14, 2008

>FRIEDMAN KAPLAN SEILER &
>ADELMAN LLP
>
>By: /s/ Eric Seiler
>Eric Seiler
>Katherine L. Pringle
>Kent K. Anker
>Jeffrey R. Wang
>1633 Broadway
>New York, NY 10019
>(212) 833-1100
>
>*Attorneys for Defendants 7 World Trade Company, L.P., 7 World Trade Company, L.P. d/b/a 7 World Trade Center Company, Silverstein Development Corp. and Silverstein Properties Inc.*