UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CONSOLIDATED EDISON COMPANY OF NEW : 
YORK, INC., and; :
AEGIS INSURANCE SERVICES, INC., LIBERTY :
INTERNATIONAL UNDERWRITERS, INC., :
NATIONAL UNION INSURANCE COMPANY OF :
PITTSBURGH, NUCLEAR ELECTRIC INSURANCE : 07 Civ. 7968 (AKH)
LIMITED and CERTAIN UNDERWRITERS AT :
LLOYDS (SYNDICATE 1225), all as subrogees of : ECF CASE
CONSOLIDATED EDISON COMPANY OF NEW :
YORK, INC., : **DECLARATION OF**
                Plaintiffs, : **JEFFREY R. WANG**
 :
      - against - :
 :
7 WORLD TRADE COMPANY, L.P., 7 WORLD :
TRADE COMPANY, L.P. d/b/a 7 WORLD TRADE :
CENTER COMPANY, SILVERSTEIN :
DEVELOPMENT CORP. and SILVERSTEIN :
PROPERTIES INC., :
                Defendants. :
-----------------------------------------------------------------x

      JEFFREY R. WANG declares under penalty of perjury as follows:

      1.    I am a member of the bar of the State of New York and of this Court and an associate at the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel for defendants 7 World Trade Company, L.P., 7 World Trade Company, L.P. d/b/a 7 World Trade Center Company, Silverstein Development Corp. and Silverstein Properties Inc.  I submit this declaration in support of defendants' motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

2. Attached hereto as Exhibit A is a true and correct copy of the 1982 Consent Agreement between Consolidated Edison of New York, Inc. and Silverstein Development Corp., as General Partner of 7 World Trade Company.

Dated: January 14, 2008

_____
Jeffrey R. Wang