# GREENBAUM, ROWE, SMITH & DAVIS LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988

(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

FRANKLIN M. SACHS
(732) 476-3250 - DIRECT DIAL
(732) 476-3251 - DIRECT FAX
FSACHS@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698



RECEIVED FEB 26 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

So ordered
2/26/08
[signature]

February 26, 2008

**VIA FACSIMILE**
The Honorable Alvin K. Hellerstein
Chambers, Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *In re September 11, 2001, Litigation*, 21 MC 101 (AKH), *Consolidated Edison Co., et al. v. 7 World Trade Company, L.P., et al.*, 07 CV 7968 (AKH)

Dear Judge Hellerstein:

I write as counsel for the Con Edison plaintiffs in the above captioned matter. In accordance with a briefing schedule filed with the Court on January 8, 2008, the defendants filed a motion to dismiss on January 14, 2008. With the Courts permission, the parties have agreed to amend the prior briefing schedule as follows:

1. Plaintiffs' opposition brief to be filed by March 18, 2008 (previously February 26, 2008); and

2. Defendants' reply brief to be filed by April 15, 2008 (previously March 18, 2008).

Respectfully yours,

[signature]
Franklin M. Sachs

FMS:mf

cc: Jeffrey Wang, Esq. (via facsimile)

944592.01