UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE SEPTEMBER 11 PROPERTY DAMAGE         :    21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION               :
------------------------------------------------------------------------x
CONSOLIDATED EDISON COMPANY OF             :
NEW YORK, INC., and;                       :
AEGIS INSURANCE SERVICES, INC.,            :
LIBERTY INTERNATIONAL UNDERWRITERS, INC.,  :
NATIONAL UNION INSURANCE COMPANY           :    07 Civ. 7968 (AKH)
OF PITTSBURGH, NUCLEAR ELECTRIC INSURANCE  :
LIMITED and CERTAIN UNDERWRITERS AT LLOYDS :
(SYNDICATE 1225), all as subrogees of CONSOLIDATED :
EDISON COMPANY OF NEW YORK, INC.           :
                                           :
                         Plaintiffs,       :
                                           :
            - against-                     :
                                           :
7 WORLD TRADE COMPANY, L.P., 7 WORLD TRADE :
COMPANY, L.P. d/b/a 7 WORLD TRADE CENTER   :
COMPANY, SILVERSTEIN DEVELOPMENT CORP.     :
and SILVERSTEIN PROPERTIES INC.            :
                                           :
                         Defendants.       :
------------------------------------------------------------------------x

## DECLARATION OF SERVICE

MARK L. ANTIN, ESQ., hereby declares, pursuant to 28 USC §1746, under penalty of perjury, that the following is true and correct: I am not a party to this action, am over the age of 18 years and reside in the County of Mercer, State of New Jersey.

That on March 18, 2008, I served a copy of the within Memorandum of Law in Opposition to the Silverstein Motion to Dismiss, Declaration of Mark L. Antin in Opposition to Silverstein Motion to Dismiss and Exhibits annexed thereto, upon Eric Seiler, Esq., Friedman Kaplan Seiler & Adelman, LLP, attorneys for the Silverstein defendants; Beth Jacob, Esq., Schiff Hardin LLP,

Defendant's Liaison Counsel and Timothy Tomasik, Clifford Law Offices, Plaintiff's Liaison Counsel, via electronic mail.

That on March 18, 2008, the original copies of the aforementioned papers were filed with the Clerk, United States District Court, Southern District of New York, via electronic mail.

Dated:   March 18, 2008

_____
MARK L. ANTIN, ESQ. (MA0427)